UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JACOB ALEXZANDER WOODS,<br>Plaintiff,<br>v.<br>R. OLIVER, et al.,<br>Defendants. | Case No. 2:25-cv-01552-CDS-EJY<br><br>**ORDER** |

On July 22, 2026, the Court entered an Order requiring the Nevada Attorney General's Office ("AG's Office") to file a notice no later than August 12, 2026 advising the Court and Plaintiff of "(a) the names of the defendants for whom it accepts service; (b) the names of the defendants for whom it does not accept service; and (c) the names of the defendants for whom it is filing the last-known-address information under seal." ECF No. 11. As to any of the named defendants for whom service is not accepted, the AG's Office was required to file, under seal, but without serving Plaintiff, the last known address for each such Defendant. *Id.* As of the date of this Order, the AG's Office has not complied with the Court's Order.

Accordingly, IT IS HEREBY ORDERED that the Nevada Attorney General's Office **must**, comply with the requirements of the Court's July 22, 2026 Order no later than **August 28, 2026**. Failure to do so will result in potential sanctions.

Dated this 14th day of August, 2026.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE