UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JACOB ALEXZANDER WOODS,<br>Plaintiff,<br>v.<br>SATTERLY, et al.,<br>Defendants. | Case No. 2:25-cv-01552-CDS-EJY<br>**ORDER** |

On July 22, 2026, the Court entered an Order requiring the Nevada Attorney General's Office to provide "(a) the names of the defendants for whom it accepts service; (b) the names of the defendants for whom it does not accept service; and (c) the names of the defendants for whom it is filing the last-known-address information under seal." ECF No. 11 at 8. As to any of the named defendants for whom the Attorney General's Office could not accept service, the Attorney General's Office was ordered to file, under seal, and not serve Plaintiff, "the last known address(es) of those defendant(s) for whom it has such information." *Id.* On August 27, 2026, the Attorney General filed a Notice of Acceptance of Service on behalf of Kiberly McCoy and Jason Satterly. ECF No. 14. The Attorney General's Office further stated that it could not identify "Pozzi" and thus could not accept service on their behalf or provide their last known address.

Accordingly, IT IS HEREBY ORDERED that no later than **September 17, 2026**, Plaintiff must file with the Court a report providing as much information as possible regarding Defendant Pozzi including, if possible, first names or first initials if the names are not available, badge numbers, and physical descriptions.

IT IS FURTHER ORDERED that if additional information is not available, Defendant Pozzi may ultimately be dismissed from this action.

Dated this 27th day of August, 2026.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE